# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO VIVANCO,<br><br>      Plaintiff<br><br>  v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>      Defendant. | Case No: 2:17-CV-06178-FFM<br><br>[~~PROPOSED~~] **JUDGMENT** |

    Having approved the Stipulation To Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

    IT IS ORDERED that judgment is entered in accordance with the Order Of REMAND.

DATE: December 20, 2018       /S/ FREDERICK F. MUMM
                                        THE HONORABLE FREDERICK F. MUMM
                                              United States Magistrate Judge