Suzanne C. Leidner
LEIDNER & LEIDNER
2000 Riverside Drive
Los Angeles, CA 90039
Tel: (323) 664-5670
Fax:(323) 663-0840
Email: Scleidner@aol.com
State Bar of California #090387

Attorney for Plaintiff
ALFREDO VIVANCO

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ALFREDO VIVANCO )
)
    Plaintiff, )
) CASE NO. 2:17-cv- 06178 FFM
  v. )
) [~~PROPOSED~~] ORDER
NANCY A. BERRYHILL, ) EAJA
Acting Commissioner of )
Social Security, )
)
    Defendant. )
_____ )

    IT IS ORDERED that based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice (EAJA) Fees, Plaintiff shall be awarded attorney fees under EAJA in the amount of THREE THOUSAND THREE HUNDRED DOLLARS AND 00/100 ($3,300.00) as authorized by 28 U.S.C. 2412(d) and subject to the terms of the above-referenced Stipulation.

DATED: January 31, 2019       /s/ Frederick F. Mumm
                                    FREDERICK F. MUMM
                              UNITED STATES MAGISTRATE JUDGE